■ TENEYCK, INC., Formerly Known as NEILL SUPPLY CO., INC., Appellant, v ROBERT D. ROSENBERG, Respondent. [975 NYS2d 335]—Order, Supreme Court, New York County (Barbara R. Kapnick, J.), entered January 11, 2013, which granted defendant's motion to dismiss the complaint, unanimously affirmed, with costs.

This action is barred by the doctrine of in pari delicto (*see Kirschner v KPMG LLP*, 15 NY3d 446, 464 [2010]). The parties pleaded guilty in federal court to identical charges stemming from the underlying bribery scheme.

Contrary to plaintiff's contention, the adverse interest excep-

tion does not avail it (*see id.* at 466-467). Apart from plaintiff's guilty plea, the complaint itself demonstrates that plaintiff profited from the bribery scheme.

Plaintiff failed to show that leave to amend the complaint was warranted. Concur—Andrias, J.P., Friedman, Richter, Manzanet-Daniels and Feinman, JJ. [**Prior Case History: 39 Misc 3d 194.**]